**Brenna K. Legaard,** OSB #001658
Email: Brenna.Legaard@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A.F.**, by and through his father **SCOTT FOURNIER**<br><br>Plaintiff,<br><br>v.<br><br>**PORTLAND PUBLIC SCHOOL DISTRICT**, an Oregon public school district,<br><br>Defendant, | Case No. 3:19-cv-01827 IM<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE** |

### LR 7.1 CERTIFICATION

Counsel for Plaintiff has conferred with counsel for Defendant Portland Public School District ("Defendant") and Defendant does not oppose this motion.

### MOTION

Plaintiff hereby moves pursuant to Fed. R. Civ. P. 41(a)(2) for an order dismissing the complaint in its entirety without prejudice, for the reason that the parties have reached resolution on the matters.

PAGE 1 – PLAINTIFF'S UNOPPOSED MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE
505079714.1

DATED this 25th day of August, 2021.

        K&L GATES LLP

        By: *s/Brenna K. Legaard*
        Brenna K. Legaard, OSB #001658
        Email: Brenna.Legaard@klgates.com
        Direct Dial: 503-226-5729

        *Attorneys for Plaintiff*

PAGE 2 – PLAINTIFF'S UNOPPOSED MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE
505079714.1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of PLAINTIFF'S MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE to be served upon all counsel of record to this matter on this 25th day of August, 2021 via the Court's CM/ECF system.

**Cody J. Elliott**, OSB No. 091027
cody.elliott@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204

DATED this 25th day of August, 2021.

*s/Brenna K. Legaard*
Brenna K. Legaard, OSB #001658

PAGE 3 – PLAINTIFF'S UNOPPOSED MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE
505079714.1

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200